JACOB GROSS, Respondent, *v.* BERNARD I. ROSENHAUS et al., Doing Business as B. I. ROSENHAUS & SON, Defendants and Third-Party Plaintiffs-Appellants. RICHARD F. BEMPORAD et al., a Copartnership Doing Business as BEMPORAD COMPANY, Third-Party Defendants-Respondents.

Submitted November 16, 1953; decided November 20, 1953.

*Lawrence J. Goldstein* for motion.

*Nathan R. Shapiro* and *Seymour Steinberg* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements. (See N. Y. Const., art. VI, § 7, subd. [7].)